**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| MAIREN R. REAGAN ) | |
| ) | Case No. 18-16796-MER |
| ) | Chapter 7 |
| Debtor. ) | |

**NOTICE OF MOTION TO APPROVE SETTLEMENT AGREEMENT**
**BETWEEN THE TRUSTEE AND RACHEL MCQUEENEY**

**OBJECTION DEADLINE: OCTOBER 10, 2018**

**YOU ARE HEREBY NOTIFIED** that Jared C. Walters, chapter 7 trustee herein, has filed a motion for order approving his settlement agreement with Rachel McQueeney (the "Motion"). The Trustee requests the following relief: approval of a settlement agreement providing for McQueeney to shall cause one-third (1/3), or $4,004.55, of the pre-petition transfer totaling $12,133.65 to be paid to the Trustee.

For the reasons stated in the Motion, Trustee asserts the Settlement Agreement is fair and reasonable, in the best interest of the estate and its creditors, and should be approved by the Court. *See In re Kaiser Steel Corp.*, 105 B.R. 971, 976 (D. Colo. 1989).

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections.

The Court will not consider general objections. In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED this 19th day of September, 2018.

Respectfully submitted,

*/s/ Jared Walters*
Jared Walters, #32287
PO Box 804
Eagle, CO 81631
Phone: 970-456-3395
Jcwalters7@gmail.com
Chapter 7 Trustee