UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re: )
)
REAGAN, MAIREN R ) Case No. 18-16796 MER
) Chapter 7
Debtor(s)

**CERTIFICATE OF NON-CONTESTED MATTER AND
REQUEST FOR ENTRY OF ORDER**

JARED WALTERS, CHAPTER 7 TRUSTEE, Movant, has heretofore filed a motion pursuant to Local Bankruptcy Rule 9013-1. Movant hereby represents and shows the court:

1. Service of the Motion/Application, Notice and Proposed Order were timely made on all parties against whom relief is sought and those otherwise entitled to service pursuant to the Fed. R. Bankr. P. and the L.B.R. as is shown on the certificate of service, L.B. Form 9013-1.1, previously filed with the Motion/Application on September 19, 2018.

2. Mailing or other service of the notice was made on other creditors and parties in interest pursuant to L.B.R. 9013-1 and 2002-1.

3. The docket numbers for each of the following relevant documents are:

   a. the motion and all documents attached thereto and served therewith (Docket No. 22);
   b. the notice and certificate of mailing thereof, (Docket No. 23); and
   c. the proposed order, (Docket No. 22).

4. No objections to or requests for hearing on the Motion/Application were received by the undersigned, or filed with the Court and docketed in the case file by the date designated in the notice.

**WHEREFORE**, Movant prays that the Court forthwith enter an Order, a form of which was previously submitted, granting the requested relief.

Dated: October 19, 2018

RESPECTFULLY SUBMITTED,

By: /s/ Jared Walters
Jared Walters, # 32287
PO Box 804
Eagle, CO 81631-0804
(970) 456-3395