## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| MAIREN R. REAGAN | ) |
| | ) Case No. 18-16796-MER |
| | ) Chapter 7 |
| Debtor. | ) |

### ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN THE TRUSTEE AND RACHEL MCQUEENEY

THIS MATTER having come before the Court on chapter 7 trustee Jared C. Walters' Motion to Approve Settlement Agreement Between Trustee and Rachel McQueeney (the "Motion").

The Court, having considered the Motion, and objections, if any, being overruled, determines that the Motion should be, and hereby is, GRANTED and the Settlement Agreement attached as <u>Exhibit 1</u> to the Motion is APPROVED.

DATED this 24th day of October, 2018.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE