United States Bankruptcy Court
District of Colorado

In re:                                                              Case No. 18-16796-MER
Mairen R Reagan                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 1082-1           User: myhaverk           Page 1 of 1           Date Rcvd: Oct 25, 2018
                               Form ID: pdf904          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2018.
db              +Mairen R Reagan,    PO Box 3408,    Telluride, CO 81435-3408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2018 at the address(es) listed below:
              David M. Serafin    on behalf of Debtor Mairen R Reagan david@davidserafinlaw.com
              Ilene  Dell'Acqua    on behalf of Creditor   Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc.
               bknotice@mccarthyholthus.com,   idellacqua@ecf.courtdrive.com;idellacqua@mccarthyholthus.com
              Jared  Walters    on behalf of Trustee Jared  Walters jcWalters7@gmail.com, CO09@ecfcbis.com
              Jared  Walters     jcWalters7@gmail.com, CO09@ecfcbis.com
              Paul  Moss    on behalf of U.S. Trustee    US Trustee Paul.Moss@usdoj.gov
              Robert Gregory Busch    on behalf of Creditor Rachel  McQueeney rob@rgbusch.com
              US Trustee     USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| Mairen R Reagan | ) | Case No. 18-16796-MER |
| SSN: xxx-xx-5289 | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**ORDER ON THE UNITED STATES TRUSTEE'S UNOPPOSED MOTION TO EXTEND DEADLINES TO FILE A COMPLAINT OBJECTING TO DISCHARGE PURSUANT TO 11 U.S.C. § 727 OR MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707**

The matter before the Court is the United States Trustee's Unopposed Motion to Extend Deadlines to file a Complaint Objecting to Discharge pursuant to 11 U.S.C. § 727 or a Motion to Dismiss Pursuant to 11 U.S.C. § 707 (the "Motion"). The Court has reviewed the Unopposed Motion and finds that it is appropriate to extend the United States Trustee's deadline to file a complaint objecting to discharge pursuant to 11 U.S.C. § 727 or a motion to dismiss pursuant to 11 U.S.C. § 707 until and including January 7, 2019.

IT IS HEREBY ORDERED that the Motion is granted and the United States Trustee's deadline to file a complaint objecting to discharge pursuant to 11 U.S.C. § 727 or a motion to dismiss pursuant to 11 U.S.C. § 707 shall be January 7, 2019.

Done this 25th day of October, 2018

BY THE COURT:

Michael E. Romero
United States Bankruptcy Judge