(COB Form nopd.jsp #152)(10/11)

# UNITED STATES BANKRUPTCY COURT
District of Colorado

| | |
|---|---|
| Mairen R Reagan<br>Debtor(s)<br>Debtor SSN/TaxId Nos.:<br>xxx−xx−5289<br>47−4745722, 20−0183566<br>Joint Debtor SSN/Tax Id Nos.: | Case Number.: 18−16796−MER<br>Chapter: 7 |

Debtor(s)
aka(s), if any will be listed on the following page

## NOTICE OF POSSIBLE DIVIDENDS

It appearing to the Trustee that a dividend to creditors is possible;

Creditors are hereby notified that if they desire to participate in a distribution of assets, they must file a claim with the court no later than  1/31/19.

Pursuant to Fed.R.B.P. 3002(c)(1) and (5) a proof of claim shall be filed BY A GOVERNMENTAL UNIT not later than 180 days after the date of the order for relief .

All claimants who are seeking an administrative claim must obtain a Court Order pursuant to the Bankruptcy Code.

Proof of Claim Forms should be filed with:
>Clerk of the Bankruptcy Court
>U.S. Custom House
>721 19th Street
>Denver, Colorado 80202−2508

A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office and may be used for filing a claim.

Dated: 10/29/18                                             s/ Jared Walters
                                                           PO Box 804
                                                           Eagle, CO 81631

**Aliases Page**
**Debtor aka(s):**
fdba Reggiannini, Inc., fdba Kemma, Inc., fka Mairen R. Reggiannini