UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                                                                           Bankruptcy No. 18-16796-MER
                                                                                                 Chapter 7
MAIREN R. REAGAN, XXX-XX-5289

Debtor.

**ORDER GRANTING UNOPPOSED MOTION PURSUANT TO FED.R.BANKR.P. 4004(C) TO EXTEND THE TIME TO FILE A COMPLAINT OBJECTING TO THE DISCHARGEABILITY OF A DEBT**

THIS MATTER comes before the Court on the *Unopposed Motion Pursuant to Fed. R. Bankr. P. 4004(c) to Extend the Time to File a Complaint Objecting to the Dischargeability of a Debt* ("Motion") filed by Rachel McQueeney ("McQueeney"), and the Court after reviewing the Motion and the case file, and being otherwise advised in the premise, finds good cause exists for granting the Motion; it is hereby

ORDERED that the Motion is GRANTED. McQueeney shall have through and including January 7, 2019 by which McQueeney may file a complaint to obtain a determination of the dischargeability of any debt owed by the Debtor to McQueeney.

Dated:  October 30, 2018

BY THE COURT:

Hon. Michael E. Romero
U.S. Bankruptcy Judge