UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | Bankruptcy No. 18-16796-MER |
| | Chapter 7 |
| MAIREN R. REAGAN, XXX-XX-5289 | |
| Debtor. | |

## ORDER AUTHORIZING RULE 2004 EXAMINATIONS

THIS MATTER comes before the Court on Creditor Rachel McQueeney's *EX PARTE MOTION FOR EXAMINATION OF DEBTOR AND CERTAIN ENTITIES AND INDIVIDUALS PURSUANT TO FED.R.BANKR.P. 2004* ("Motion") filed by Rachel McQueeney ("McQueeney"), and the Court after reviewing the Motion and the case file, and being otherwise advised in the premise, finds good cause exists for granting the Motion; hereby

ORDERS that the Motion is Granted; and

FURTHER ORDERS that McQueeney is authorized to conduct examinations of (a) the Debtor Mairen R. Reagan, and (b) Mark Reggiannini, (c) the entities Reggiannini, Inc., The Big Eaze, LLC, The Little Easy, LLC, Camel's Garden, a Colorado Partnership, and (d) Durfee Day in his individual capacity, including both documents requests and deposition, pursuant to Fed.R.Bank.P 2004 and L.B.R. 2004-1;

FURTHER ORDERS that each examinee shall produce all documents in its possession custody and control as set forth in Exhibits A-F to the Motion, fourteen (14) days after service of this Order and shall make one or more of its representatives available to be examined no later than thirty (30) days after service of this Order; and

FURTHER ORDERS that Movant may compel the attendance of witnesses and production of documents from each examinee in the manner prescribed by Fed.R.Bank.P 2004(c) and 9016.

Dated:  November 7, 2018

BY THE COURT:

Hon. Michael E. Romero
U.S. Bankruptcy Judge

As with all orders entered on a *sua sponte* or *ex parte* basis, any interested party may timely file for reconsideration of this Order on a showing of good cause.