## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| Mairen R Reagan | ) | Case No. 18-16796-MER |
| SSN: xxx-xx-5289 | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**Certificate of Service**

**Part 1 — Certificate of Service of Notice, Motion, and Proposed Order**

I (the undersigned) certify that on January 3, 2019, I served a complete copy of the **UNITED STATES TRUSTEE'S SECOND MOTION TO EXTEND DEADLINE TO FILE COMPLAINT OBJECTING TO DISCHARGE PURSUANT TO 11 U.S.C § 727 OR MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707,** and **NOTICE** and proposed **ORDER** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

- Attorney David M. Serafin; via CM/ECF and U.S. Mail
- Attorney Robert Gregory Busch; via CM/ECF and U.S. Mail
- Attorney Jared Walters; via CM/ECF and U.S. Mail
- Attorney Ilene Dell'Acqua; via CM/ECF

- Mairen R Reagan
  PO Box 3408
  Telluride, CO 81435-9109
  (via U.S. first class mail)

Dated: January 3, 2019

Respectfully submitted,

PATRICK S. LAYNG
UNITED STATES TRUSTEE

/s/ Paul V. Moss
By: Paul V. Moss, #26903
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, Colorado 80294
(303) 312-7995 telephone
(303) 312-7259 facsimile
Paul.Moss@usdoj.gov