UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                                                                          Case No. 18-16796-MER
                                                                                                Chapter 7

MAIREN R. REAGAN, XXX-XX-5289

Debtor.

---

NOTICE OF:   CREDITOR RACHEL MCQUEENEY'S SECOND MOTION PURSUANT TO FED.R.BANKR.P. 4004(b) TO EXTEND THE TIME TO FILE A COMPLAINT OBJECTING TO THE DISCHARGEABILITY OF A DEBT

**OBJECTION DEADLINE:  January 28, 2019**

YOU ARE HEREBY NOTIFIED that Creditor Rachel McQueeney has filed a Second Motion to pursuant to Fed.R.Bankr.P 4004(b) to extend the time to file a complaint objecting to the dischargeability of a debt with the Bankruptcy Court and requests the following relief:

Creditor Rachel McQueeney requests an additional ninety (90) day extension of her deadline to file a complaint to obtain a determination of the dischargeability of any debt owed by the Debtor to McQueeney, through and including April 8, 2019.

If you desire to oppose the motion or object to the requested relief your objection and request for hearing must be filed with the court on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the court may approve or grant the aforementioned application without any further notice to creditors or other interested parties.

Respectfully submitted,

Dated: January 7, 2019                        By: *s/ Robert Gregory Busch*
                                              Robert Gregory Busch, # 28565
                                              RG Busch, PLLC
                                              P.O. Box 3931
                                              Greenwood Village, CO 80155
                                              (720) 515-4618
                                              (303) 872-9019 fax
                                              rob@rgbusch.com
                                              *Attorney for Creditor Rachel McQueeney*