**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| Mairen R Reagan | ) | Case No. 18-16796-MER |
| SSN: xxx-xx-5289 | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**Certificate of Service**

**Part 1   Certificate of Service of Unopposed Motion, and Proposed Order**

I (the undersigned) certify that on March 28, 2019, I served a complete copy of the **UNITED STATES TRUSTEE'S UNOPPOSED THIRD MOTION TO EXTEND DEADLINE TO FILE COMPLAINT OBJECTING TO DISCHARGE** and proposed **ORDER** on the following parties in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

- Attorney David M. Serafin; via CM/ECF
- Attorney Jared Walters; via CM/ECF
- Attorney Ilene Dell'Acqua; via CM/ECF
- Attorney Robert Gregory Busch; via CM/ECF

- Mairen R Reagan
  PO Box 3408
  Telluride, CO 81435-9109
  (via U.S. first class mail)

Dated:  March 28, 2019            Respectfully submitted,

                                  PATRICK S. LAYNG
                                  UNITED STATES TRUSTEE

                                  /s/  Paul V. Moss
                                  By: Paul V. Moss, #26903
                                  Trial Attorney for the U.S. Trustee
                                  1961 Stout Street, Suite 12-200
                                  Denver, Colorado 80294
                                  (303) 312-7995 telephone
                                  (303) 312-7259 facsimile
                                  Paul.Moss@usdoj.gov