UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
Mairen R Reagan ) Case No. 18-16796-MER
SSN: xxx-xx-5289 ) Chapter 7
)
Debtor. )

**ORDER ON THE UNITED STATES TRUSTEE'S UNOPPOSED THIRD MOTION TO EXTEND DEADLINES TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 OR MOTION TO DISMISS UNDER 11 U.S.C. § 707**

The matter before the Court is the United States Trustee's Unopposed Third Motion to Extend Deadlines to file a Complaint Objecting to Discharge Under 11 U.S.C. § 727 or a Motion to Dismiss Under 11 U.S.C. § 707 (the "Motion"). The Court has reviewed the Motion and finds that it is appropriate to extend the United States Trustee's deadline to file a complaint objecting to discharge under 11 U.S.C. § 727 or a motion to dismiss under 11 U.S.C. § 707 until and including June 7, 2019.

IT IS HEREBY ORDERED that the Motion is granted and the United States Trustee's deadline to file a complaint objecting to discharge under 11 U.S.C. § 727 or a motion to dismiss under 11 U.S.C. § 707 shall be June 7, 2019.

Done this 1st day of June, 2019

BY THE COURT:

Michael E. Romero
United States Bankruptcy Judge