UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| REAGAN, MAIREN R | ) Case No. 18-16796 MER |
| | ) |
| Debtor(s) | ) Chapter 7 |
| | ) |

**CERTIFICATE OF NON-CONTESTED MATTER AND
REQUEST FOR ENTRY OF ORDER**

JARED WALTERS, TRUSTEE, Movant, has heretofore filed a motion pursuant to Local Bankruptcy Rule 9013-1 entitled TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES (the "Application"). Movant hereby represents and shows the court:

1. Mailing or other service of the Notice of Final Report was timely made on all claimants and other parties in interest pursuant to L.B.R. 9013-1, as is shown on the Certificate of Service filed on June 4, 2020.

2. The docket numbers for each of the following relevant documents are:

   a. the Application for Compensation and all documents attached thereto and served therewith (Docket No. 86);
   b. the Trustee's Final Report (Docket No. 85);
   c. the Notice of Final Report (Docket No. 87);
   d. the certificate of service of the Notice of Final Report, (Docket No. 87); and
   e. the proposed order, (Docket No. 86).

3. No objections to or requests for hearing on the Motion/Application were received by the undersigned, or filed with the Court and docketed in the case file by the date designated in the notice.

**WHEREFORE**, Movant prays that the Court forthwith enter an Order, a form of which was previously submitted, granting the requested relief.

Dated:  June 30, 2020

RESPECTFULLY SUBMITTED,

By:  /s/ Jared Walters
Jared Walters, # 32287
Trustee
PO Box 804
Eagle, CO  81631-0804
(970) 456-3395