```
                           United States Bankruptcy Court
                                 District of Colorado
In re:                                                    Case No. 18-16796-MER
Mairen R Reagan                                           Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 1082-1          User: admin              Page 1 of 1              Date Rcvd: Jul 01, 2020
                              Form ID: 228             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2020.
db              +Mairen R Reagan,    PO Box 3408,    Telluride, CO 81435-3408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2020 at the address(es) listed below:
              Ilene   Dell'Acqua    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc.
                bknotice@mccarthyholthus.com,    idellacqua@ecf.courtdrive.com;idellacqua@mccarthyholthus.com
              Ilene   Dell'Acqua    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
                bknotice@mccarthyholthus.com,    idellacqua@ecf.courtdrive.com;idellacqua@mccarthyholthus.com
              Jared   Walters    on behalf of Trustee Jared   Walters jcWalters7@gmail.com,    CO09@ecfcbis.com
              Jared   Walters     jcWalters7@gmail.com,    CO09@ecfcbis.com
              Paul   Moss    on behalf of U.S. Trustee    US Trustee Paul.Moss@usdoj.gov
              Robert Gregory Busch    on behalf of Plaintiff Rachel   McQueeney rob@rgbusch.com
              Robert Gregory Busch    on behalf of Creditor Rachel   McQueeney rob@rgbusch.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                               TOTAL: 8

(COB #228 voApp4CompReimExpNew)(03/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## District of Colorado ,
HONORABLE Michael E. Romero

In re:

    Mairen R Reagan

Debtor(s)

|  |  |
|---|---|
| Case No.: | 18–16796–MER |
| Chapter: | 7 |

SSN/TID
Nos.   xxx–xx–5289
        47–4745722, 20–0183566

**ORDER APPROVING APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

    The Trustee having filed an Application for Compensation and Reimbursement of Expenses, and notice and an opportunity for hearing having been given to all creditors, and no requests or objections having been timely filed, and the Court having thereafter duly examined and considered the Trustee's Application and attached Exhibit A included therein, it is:

    Ordered that reasonable compensation for actual and necessary services rendered and reimbursement of actual and necessary expenses incurred are hereby awarded or allowed to the persons and in the amounts listed in Exhibit A of the Trustee's Application.

Dated:  7/1/20                             BY THE COURT:

                                                            s/ Michael E. Romero
                                                            Chief United States Bankruptcy Judge