# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re: REAGAN, MAIREN R    §    Case No. 18-16796
                           §
                           §
Debtor(s)                  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Jared Walters, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $320,500.00          Assets Exempt:  $80,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$3,939.59          Claims Discharged
                                                   Without Payment: $902,156.99

Total Expenses of Administration:$1,438.43

3) Total gross receipts of $    5,582.55    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    204.53    (see **Exhibit 2** ), yielded net receipts of  $5,378.02 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $262,610.44 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | 0.00 | 1,438.43 | 1,438.43 | 1,438.43 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 326,255.35 | 1,625,751.08 | 906,096.58 | 3,939.59 |
| **TOTAL DISBURSEMENTS** | $588,865.79 | $1,627,189.51 | $907,535.01 | $5,378.02 |

4)  This case was originally filed under Chapter 7 on August 02, 2018. The case was pending for 25 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/21/2020            By:  /s/Jared Walters
Trustee, Bar No.: 32287

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| tax refunds | 1224-000 | 925.18 |
| preference levies | 1241-000 | 4,004.55 |
| unpaid wages | 1229-000 | 652.82 |
| **TOTAL GROSS RECEIPTS** | | $5,582.55 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mairen R. Reagan | overpayment of tax refunds | 8500-002 | 204.53 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $204.53 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED-1 | Eider Creek Condominium Assn. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Seterus | 4110-000 | 262,610.44 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $262,610.44 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Jared Walters, Chapter 7 Trustee | 2100-000 | N/A | 1,287.80 | 1,287.80 | 1,287.80 |
| Trustee Expenses - Jared Walters, Chapter 7 Trustee | 2200-000 | N/A | 48.61 | 48.61 | 48.61 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Other – Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – International Sureties, Ltd. | 2300-000 | N/A | 2.12 | 2.12 | 2.12 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – Mechanics Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – Mechanics Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – International Sureties, Ltd. | 2300-000 | N/A | 1.46 | 1.46 | 1.46 |
| Other – Mechanics Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – Mechanics Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – Mechanics Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – Mechanics Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other – Mechanics Bank | 2600-000 | N/A | 8.44 | 8.44 | 8.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,438.43 | $1,438.43 | $1,438.43 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED-1 | IRS | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -1 | Rachel McQueeney | 7100-000 | N/A | 719,654.50 | 0.00 | 0.00 |
| 1 -2 | Rachel McQueeney | 7100-000 | N/A | 719,654.50 | 719,654.50 | 3,128.96 |
| 2 -1 | Strategic Funding Source, Inc. | 7100-000 | N/A | 184,029.94 | 184,029.94 | 800.14 |
| 3 -1 | Chase Bank USA, N.A. | 7100-000 | N/A | 2,412.14 | 2,412.14 | 10.49 |
| NOTFILED-1 | HKM Employment Attorneys | 7100-000 | 116,787.82 | N/A | N/A | 0.00 |
| NOTFILED-1 | Strategic Funding | 7100-000 | 164,468.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | MSCB, Inc. | 7100-000 | 4,546.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Citi Card | 7100-000 | 13,009.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Vinci Law Office, LLC | 7100-000 | 21,125.00 | N/A | N/A | 0.00 |
| NOTFILED-1 | Bank Of America | 7100-000 | 3,907.39 | N/A | N/A | 0.00 |
| NOTFILED-1 | Card member Service | 7100-000 | 2,412.14 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $326,255.35 | $1,625,751.08 | $906,096.58 | $3,939.59 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 18-16796 | Trustee: (260090) Jared Walters, Chapter 7 Trustee |
| Case Name: REAGAN, MAIREN R | Filed (f) or Converted to (c): 08/02/18 (f) |
| | §341(a) Meeting Date: 09/07/18 |
| Period Ending: 08/21/20 | Claims Bar Date: 01/31/19 |

| **1**<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | **2**<br>Petition/<br>Unscheduled<br>Values | **3**<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | **4**<br>Property<br>Abandoned<br>OA=§554(a) | **5**<br>Sale/Funds<br>Received by<br>the Estate | **6**<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 35 Pilot Knob Ln # 408, Telluride, CO 81435-9109 | 315,000.00 | 0.00 | | 0.00 | FA |
| 2 | Furniture, bedroom, kitchen, books/pictures, TV, | 3,000.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | Misc costume jewelry, earrings and topaz ring | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Account: Alpine Bank (business account)<br>(See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Checking Account: Alpine Bank (personal account) | 0.00 | 0.25 | | 0.00 | FA |
| 7 | tax refunds  (u)<br>    fed $6423 less $2800 EIC, state $1578, 58.63% is<br>estate property  (See Footnote) | 0.00 | 3,045.08 | | 925.18 | FA |
| 8 | preference levies  (u) | 0.00 | 4,004.55 | | 4,004.55 | FA |
| 9 | unpaid wages  (u) | 0.00 | 448.29 | | 652.82 | FA |
| 10 | Property settlement due from ex  (u)  (See Footnote) | 0.00 | 25,000.00 | | 0.00 | FA |
| **10** | **Assets** Totals (Excluding unknown values) | **$320,500.00** | **$32,498.17** | | **$5,582.55** | **$0.00** |

RE PROP# 5      Business bank account not pursued as not property of estate.

RE PROP# 7      Fed refunds intercepted for 2017 tax liability, which reduces estate portion to $925.18

RE PROP# 10    husband voluntarily transferred interest in home to DR.

**Major Activities Affecting Case Closing:**

  5/28/20  TFR prepared; claims reviewed; no clerks fee due; order approving motion to approve at doc #32.

  6/1 emailed TFR to UST.

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | December 7, 2019 | Current Projected Date Of Final Report (TFR): | June 1, 2020  (Actual) |

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 18-16796 |
| **Case Name:** | REAGAN, MAIREN R |
| | |
| **Taxpayer ID #:** | **-***8563 |
| **Period Ending:** | 08/21/20 |

| | |
|---|---|
| **Trustee:** | Jared Walters, Chapter 7 Trustee (260090) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******3766 - Checking Account |
| **Blanket Bond:** | $59,566,052.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/28/18 | {8} | RG Busch, PLLC | preference recovery per order at 32 | 1241-000 | 4,004.55 | | 4,004.55 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,999.55 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,994.55 |
| 12/10/18 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/10/2018 FOR CASE #18-16796, Bond # 016027974 | 2300-000 | | 2.12 | 3,992.43 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,987.43 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,982.43 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,977.43 |
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,972.43 |
| 04/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,967.43 |
| 05/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,962.43 |
| 06/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,957.43 |
| 07/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,952.43 |
| 08/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,947.43 |
| 09/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,942.43 |
| 10/31/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,937.43 |
| 11/29/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,932.43 |
| 12/11/19 | 102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/11/2019 FOR CASE #18-16796, Bond#016027974 | 2300-000 | | 1.46 | 3,930.97 |
| 12/31/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,925.97 |
| 01/07/20 | | Mairen Reagan | payment of NE assets | | 1,578.00 | | 5,503.97 |
| | {7} | | prorated state refund           925.18 | 1224-000 | | | 5,503.97 |
| | {9} | | wages           652.82 | 1229-000 | | | 5,503.97 |
| 01/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 5,498.97 |
| 02/28/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 5,493.97 |
| 03/11/20 | 103 | Mairen R. Reagan | overpayment of tax refunds | 8500-002 | | 204.53 | 5,289.44 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 5,284.44 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 8.44 | 5,276.00 |
| 07/01/20 | 104 | Rachel McQueeney | Dividend paid   0.43% on $719,654.50; Claim# 1 -2; Filed: $719,654.50; Reference: NO # LISTED | 7100-000 | | 3,128.96 | 2,147.04 |
| 07/01/20 | 105 | Strategic Funding Source, Inc. | Dividend paid   0.43% on $184,029.94; Claim# 2 -1; Filed: $184,029.94; Reference: 5289 | 7100-000 | | 800.14 | 1,346.90 |
| 07/01/20 | 106 | Chase Bank USA, N.A. | Dividend paid   0.43% on $2,412.14; Claim# 3 -1; Filed: $2,412.14; Reference: 0568 | 7100-000 | | 10.49 | 1,336.41 |

| | | | Subtotals : | | $5,582.55 | $4,246.14 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 18-16796 |
| Case Name: | REAGAN, MAIREN R |
| | |
| Taxpayer ID #: | **-***8563 |
| Period Ending: | 08/21/20 |

| | |
|---|---|
| Trustee: | Jared Walters, Chapter 7 Trustee (260090) |
| Bank Name: | Mechanics Bank |
| Account: | ******3766 - Checking Account |
| Blanket Bond: | $59,566,052.00   (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/01/20 | 107 | Jared Walters, Chapter 7 Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,336.41 | 0.00 |
| | | | Dividend paid 100.00%          1,287.80<br>on $1,287.80;  Claim# ;<br>Filed: $1,287.80 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%               48.61<br>on $48.61;  Claim# ;<br>Filed: $48.61 | 2200-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **5,582.55** | **5,582.55** | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **5,582.55** | **5,582.55** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,582.55** | **$5,582.55** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******3766** | **5,582.55** | **5,582.55** | **0.00** |
| | **$5,582.55** | **$5,582.55** | **$0.00** |